| | |
|---|---|
| 1 | HANSON BRIDGETT MARCUS VLAHOS & RUDY, LLP |
| 2 | JOHN J. VLAHOS - 32673<br>JAHMAL T. DAVIS - 191504 |
| 3 | 333 Market Street, 21st Floor<br>San Francisco, CA  94105-2173 |
| 4 | Telephone:    (415) 777-3200<br>Facsimile:     (415) 541-9366 |
| 5 | jvlahos@hansonbridgett.com<br>jdavis@hansonbridgett.com |

Attorneys for Defendant
GOLDEN GATE BRIDGE AND HIGHWAY DISTRICT

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID R. PECK, TRUSTEE OF THE TAMALPAIS PROPERTY TRUST,<br><br>  Plaintiff,<br><br>v.<br><br>PER BESSING, ANTON C. POGANY, JEAN C. POGANY, EDWARD J. FOTSCH, LINDA N. FOTSCH, GOLDEN GATE NATIONAL RECREATION AREA, NATIONAL PARK SERVICE, GOLDEN GATE BRIDGE AND HIGHWAY DISTRICT and DOES ONE through THIRTY,<br><br>  Defendants. | No. C 05 0960 SC<br><br>**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT GOLDEN GATE BRIDGE AND HIGHWAY DISTRICT TO RESPOND TO COMPLAINT** |

1  Plaintiff David R. Peck, as Trustee of Tamalpais Property Trust, through its attorney, John
2  B. Keating and Defendant Golden Gate Bridge and Highway District, through its attorneys,
3  Jahmal T. Davis of Hanson, Bridgett, Marcus, Vlahos & Rudy LLP, hereby stipulate and agree
4  that Golden Gate Bridge and Highway District may have an extension of time until July 22, 2005
5  to respond to David R. Peck's Complaint.
6  DATED: July 8, 2005

HANSON, BRIDGETT, MARCUS,
VLAHOS & RUDY

By: _____
Jahmal T. Davis
Attorneys for Defendant
GOLDEN GATE BRIDGE AND
HIGHWAY DISTRICT

DATED: July 8, 2005

By: _____
John B. Keating
Attorneys for Plaintiff
DAVID R. PECK, as TRUSTEE OF THE
TAMALPAIS PROPERTY TRUST

**IT IS SO ORDERED**
Senior Judge Samuel Conti

- 1 -
STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT GOLDEN
GATE BRIDGE AND HIGHWAY DISTRICT TO RESPOND TO COMPLAINT

1198765.1