1  JOHN B. KEATING (CA Bar No. 148729)
   2995 Woodside Road, Suite 350
2  Post Office Box 620622
   Woodside, CA 94062
3  Telephone: (650) 851-5900
   Facsimile: (650) 851-5912
4
   Attorney for Plaintiff David R. Peck,
5  Trustee of the Tamalpais Property Trust

6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11 | DAVID R. PECK, TRUSTEE OF THE          ) Case No. C 05-0960 SC
   | TAMALPAIS PROPERTY TRUST,              )
12 |                                        ) STIPULATION AND ORDER
   |                 Plaintiff,             ) WITHDRAWING MOTION TO STRIKE
13 |                                        ) FILED BY DEFENDANT GOLDEN GATE
   |           v.                           ) BRIDGE AND HIGHWAY DISTRICT
14 |                                        )
   | PER BESSING, ANTON C. POGANY,          ) Date:  September 16, 2005
15 | JEAN C. POGANY, EDWARD J. FOTSCH,      ) Time:  10:00 AM
   | LINDA N. FOTSCH, GOLDEN GATE           ) Ctrm:  1, 17th Floor
16 | NATIONAL RECREATION AREA,              ) Judge: Honorable Samuel Conti
   | NATIONAL PARK SERVICE, GOLDEN          )
17 | GATE BRIDGE AND HIGHWAY                )
   | DISTRICT and DOES ONE through          )
18 | THIRTY,                                )
   |                                        )
19 |                 Defendants.            )
   |                                        )
20 |_____)

21         Plaintiff David R. Peck, Trustee of the Tamalpais Property Trust, through its

22 attorney, John B. Keating, and Defendant Golden Gate Bridge and Highway District ("Bridge

23 District") through its attorneys, Jahmal T. Davis of Hanson, Bridgett, Marcus, Vlahos and Rudy

24 LLP, stipulate to clarify their joint understanding of the Complaint on file herein and to resolve

25 the pending Motion to Strike brought by the Bridge District as follows:

26     (1)    Paragraph 88 alleging a right to attorneys fees regarding the Fourth Cause of

27            Action for abatement of nuisance and paragraphs 5-8 of the prayer regarding

28            seeking money damages, punitive damages and attorneys fees do not apply to the

   Case No. C 05-0960 SC      STIPULATION AND ORDER WITHDRAWING
                              MOTION TO STRIKE OF DEF BRIDGE DISTRICT         Page 1

Defendant Bridge District;

(2) Defendant Bridge District is not required to provide a response to paragraph 88 or paragraphs 5-8 of the prayer of the Complaint other than if Defendant Bridge District elects to respond by noting that the paragraphs are not applicable to that particular defendant;

(3) Plaintiff David R. Peck and Defendant Bridge District hereby request that Defendant Bridge District be allowed to withdraw its pending Motion to Strike set for hearing on September 16, 2005 and Defendant Bridge District hereby withdraws the Motion to Strike, each side to bear its own costs and fees;

(4) This stipulated clarification of the understanding concerning the current language of the Complaint at paragraph 88 and paragraphs 5-8 of the prayer is without prejudice to any right to later amendment to assert such remedies if amendment otherwise might become appropriate, and the stipulation is without prejudice to any right of Defendant Bridge District to challenge any such amendment; and

(5) Defendant shall respond to the Complaint by September 26, 2005, which is ten days after the currently set motion to strike hearing date.

Dated: September 2, 2005        By: _____
                                John B. Keating
                                Attorney for Plaintiff, David R. Peck,
                                Trustee of the Tamalpais Property Trust

Dated: September 2, 2005        By: _____
                                John J. Vlahos
                                Jahmal T. Davis
                                Hanson Bridgett Marcus Vlahos & Rudy
                                Attorneys for Defendant
                                Golden Gate Bridge and Highway District

**IT IS SO ORDERED**, the motion to strike currently set for hearing in this matter on September 16, 2005 is withdrawn and taken off calendar.

Dated: September 6, 2005        _____
                                The Honorable Samuel Conti
                                United States District

Case No. C 05-0960 SC    STIPULATION AND [PROPOSED] ORDER WITHDRAWING
                         MOTION TO STRIKE OF DEFENDANT BRIDGE DISTRICT        Page 2