1  HANSON BRIDGETT MARCUS VLAHOS & RUDY, LLP
   JOHN J. VLAHOS - 32673
2  JAHMAL T. DAVIS - 191504
   333 Market Street, 21st Floor
3  San Francisco, CA  94105-2173
   Telephone:    (415) 777-3200
4  Facsimile:    (415) 541-9366
   jvlahos@hansonbridgett.com
5  jdavis@hansonbridgett.com

6  Attorneys for Defendant
   GOLDEN GATE BRIDGE AND HIGHWAY DISTRICT
7

8              UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  DAVID R. PECK, TRUSTEE OF THE          No. C 05 0960 SC
    TAMALPAIS PROPERTY TRUST,
12                                         **STIPULATION FOR EXTENSION OF
              Plaintiff,                   TIME FOR DEFENDANT GOLDEN GATE
13                                         BRIDGE AND HIGHWAY DISTRICT TO
         v.                                RESPOND TO THE COMPLAINT**
14
    PER BESSING, ANTON C. POGANY,
15  JEAN C. POGANY, EDWARD J.
    FOTSCH, LINDA N. FOTSCH, GOLDEN
16  GATE NATIONAL RECREATION              ORDER
    AREA, NATIONAL PARK SERVICE,
17  GOLDEN GATE BRIDGE AND
    HIGHWAY DISTRICT and DOES ONE
18  through THIRTY,

19            Defendants.

20

21

22

23

24

25

26

27

28

STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT GOLDEN
GATE BRIDGET AND HIGHWAY DISTRICT TO RESPOND TO COMPLAINT          1211949.1

1    Plaintiff David R. Peck, as Trustee of Tamalpais Property Trust, through its attorney, John

2   B. Keating and Defendant Golden Gate Bridge and Highway District, through its attorneys,

3   Jahmal T. Davis of Hanson, Bridgett, Marcus, Vlahos & Rudy LLP, hereby stipulate and agree

4   that Golden Gate Bridge and Highway District may have an extension of time until October 4,

5   2005 to respond to David R. Peck's Complaint.

6   DATED: September 21, 2005                    HANSON, BRIDGETT, MARCUS,
                                                  VLAHOS & RUDY
7

8                                                By: _____
                                                     Jahmal T. Davis
9                                                    Attorneys for Defendant
                                                     GOLDEN GATE BRIDGE AND
10                                                   HIGHWAY DISTRICT

11

    DATED: September 21, 2005
12

13                                               By: _____
                                                     John B. Keating
14                                                   Attorneys for Plaintiff
                                                     DAVID R. PECK, as TRUSTEE OF THE
15                                                   TAMALPAIS PROPERTY TRUST

16

17

18

19

20

21

22

23                                               Judge Samuel Conti

24

25                                                  9/23/05

26

27

28
                                        - 1 -
STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT GOLDEN
GATE BRIDGET AND HIGHWAY DISTRICT TO RESPOND TO COMPLAINT          (211941 1