HANSON BRIDGETT MARCUS VLAHOS & RUDY, LLP
JOHN J. VLAHOS - 32673
KIMON MANOLIUS - 154971
THOMAS B. BROWN - 104254
JAHMAL T. DAVIS - 191504
JULIA H. VEIT - 209207
425 Market Street, 26th Floor
San Francisco, CA 94105-2173
Telephone:    (415) 777-3200
Facsimile:    (415) 541-9366
jveit@hansonbridgett.com

Attorneys for Defendant/Cross-Defendant/Cross-Complainant
GOLDEN GATE BRIDGE HIGHWAY AND
TRANSPORTATION DISTRICT

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID R. PECK, TRUSTEE OF THE TAMALPAIS PROPERTY TRUST,<br><br>Plaintiff,<br><br>v.<br><br>PER BESSING, ANTON C. POGANY, JEAN C. POGANY, EDWARD J. FOTSCH, LINDA N. FOTSCH, GOLDEN GATE NATIONAL RECREATION AREA, NATIONAL PARK SERVICE, GOLDEN GATE BRIDGE AND HIGHWAY DISTRICT and DOES ONE through THIRTY,<br><br>Defendants.<br><br>AND RELATED CROSS-ACTIONS. | No. C 05 0960 SC<br><br>STIPULATION AND [PROPOSED] ORDER RE: VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(ii)<br><br>Trial Date:  June 19, 2006 |

The Parties, through their counsel, hereby STIPULATE AND AGREE to Voluntary Dismissal of Defendant/Cross-Defendant/Cross-Complainant Golden Gate Bridge, Highway and Transportation District ("District") and the Defendant/Cross-Defendant Golden Gate National Recreation Area, National Park Service ("GGNRA") pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii) as follows:

- 1 -

STIPULATION AND PROPOSED ORDER OF DISMISSAL

1250974.1

## I. RECITALS

WHEREAS Plaintiff David R. Peck, Trustee of the Tamalpais Property Trust ("Plaintiff"), filed a Complaint against all defendants referenced above on March 7, 2002. Plaintiff, through designated counsel, hereby stipulates and agrees to dismiss the Complaint against the District. Plaintiff has no complaint against the GGNRA. In addition, Plaintiff stipulates and agrees to the dismissal of all other Cross-Complaints pending against the District and the GGNRA with prejudice;

WHEREAS Defendant/Cross-Defendant Per Bessing ("Bessing"), through designated counsel, has no cross-claim against the District or the GGNRA. Bessing stipulates and agrees to the dismissal of Plaintiff's Complaint against the District and to the dismissal of all other Cross-Complaints pending against the District and the GGNRA with prejudice;

WHEREAS, Defendants/Cross-Defendants/Cross-Complainants Edward J. Fotsch, Linda N. Fotsch ("Fotsch Defendants") filed a Cross-Complaint against the District and the GGNRA for equitable indemnity on September 16, 2005. The Fotsch Defendants, through designated counsel, stipulate and agree to dismiss their respective Cross-Complaints against the District and against the GGNRA with prejudice. In addition, the Fotsch Defendants stipulate and agree to the dismissal of Plaintiff's Complaint against the District and to the dismissal of all other Cross-Complaints pending against the District and the GGNRA with prejudice;

WHEREAS, Defendants/Cross-Defendants/Cross-Complainants Anton C. Pogany and Jean C. Pogany ("Pogany Defendants") filed a Cross-Complaint against the District and the GGNRA for equitable indemnity on December 2, 2005. The Pogany Defendants, through designated counsel, stipulate and agree to dismiss their respective Cross-Complaints against the District and against the GGNRA with prejudice. In addition, the Pogany Defendants stipulate and agree to the dismissal of Plaintiff's Complaint against the District and to the dismissal of all other Cross-Complaints pending against the District and the GGNRA with prejudice;

WHEREAS the GGNRA filed a Cross-Complaint against the District for contractual indemnity on December 8, 2005. The GGNRA, through designated counsel, stipulates and agrees to dismiss its Cross-Complaint against the District. In addition, the GGNRA agrees to the

dismissal of Plaintiff's Complaint against the District and to the dismissal of all other Cross-Complaints pending against the District and the GGNRA with prejudice;

WHEREAS the District filed Cross-Complaints against all co-defendants, Bessing, the Fotsch Defendants, the Pogany Defendants and the GGNRA, for equitable indemnity on October 4, 2005. The District, through designated counsel, stipulates and agrees to dismiss all of the referenced cross-complaints with prejudice. In addition, the District stipulates and agrees to the dismissal of all Cross-Complaints pending against the GGNRA with prejudice.

## II. STIPULATION

IT IS HEREBY STIPULATED by and between the parties to these actions, by Defendant/Cross-Defendant Per Bessing, Defendants/Cross-Defendants/Cross-Complainants Anton C. Pogany, Jean C. Pogany, Defendants/Cross-Defendants/Cross-Complainants Edward J. Fotsch, Linda N. Fotsch, Defendant/Cross-Defendant Golden Gate National Recreation Area, National Park Service, Defendant/Cross-Defendant/Cross-Complainant Golden Gate Bridge, Highway and Transportation District's designated counsel, and by Plaintiff David R. Peck, Trustee of the Tamalpais Property Trust's through their designated counsel, that the above-captioned action be and hereby is dismissed as to the District and GGNRA pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii).

The parties hereby stipulate and agree to the following:

1. Plaintiff hereby stipulates and agrees to dismiss the Complaint as to the District. In addition, Plaintiff stipulates and agrees to the dismissal of all other Cross-Complaints pending against the District and the GGNRA with prejudice;

2. Bessing hereby stipulates and agrees (1) to the dismissal of Plaintiff's Complaint against the District and (2) to the dismissal of all other Cross-Complaints pending against the District and the GGNRA with prejudice;

3. The Pogany Defendants hereby stipulate and agree to dismiss their respective Cross-Complaints against the District and against the GGNRA with prejudice. In addition, the Pogany Defendants stipulate and agree to (1) to the dismissal of Plaintiff's Complaint against the District and (2) to the dismissal of all other Cross-Complaints pending against the District and the

- 3 -

1  GGNRA with prejudice;

2      4.    The Fotsch Defendants hereby stipulate and agree to dismiss their respective Cross-Complaints against the District and against the GGNRA with prejudice. In addition, the Fotsch Defendants stipulate and agree (1) to the dismissal of Plaintiff's Complaint against the District and (2) to the dismissal of all other Cross-Complaints pending against the District and the GGNRA with prejudice;

3      5.    The GGNRA hereby stipulates and agrees to dismiss its Cross-Complaint for contractual indemnity against the District. In addition, the GGNRA agrees (1) to the dismissal of Plaintiff's Complaint against the District and (2) to the dismissal of all other Cross-Complaints pending against the District and the GGNRA with prejudice;

4      6.    The District hereby stipulates and agrees to dismiss its Cross-Complaints against all co-defendants, Bessing, the Pogany Defendants, the Fotsch Defendants and GGNRA, for equitable indemnity with prejudice. In addition, the District stipulates and agrees to the dismissal of all Cross-Complaints pending against the GGNRA with prejudice.

5      7.    The parties, by signing below through counsel, and submitting this Stipulation and Proposed Order Re: Voluntary Dismissal to the Court hereby acknowledge and agree that as the result of this Stipulation, and upon execution of this Order, the District and the GGNRA are no longer parties in to the above-captioned lawsuit in any way.

/////
/////
/////
/////

DATED: 4-28-06, 2006

By: _____
John B. Keating
Attorney for Plaintiff
DAVID PECK, TRUSTEE OF THE TAMALPAIS PROPERTY TRUST

- 4 -
STIPULATION AND PROPOSED ORDER OF DISMISSAL

1250974.1

| | | |
|---|---|---|
| 1 | DATED: 4/28/06, 2006 | Hanson Bridgett Marcus Vlahos & Rudy, LLP |
| 2 | | |
| 3 | | |
| 4 | | By: _____ |
| 5 | | Kimon Manolius<br>Attorneys for Defendant/Cross-Defendant/<br>Cross-Complainant |
| 6 | | GOLDEN GATE BRIDGE HIGHWAY AND<br>TRANSPORTATION DISTRICT |
| 7 | | |
| 8 | DATED: 4/28/06, 2006 | Colombatto Klimenko, LLP |
| 9 | | |
| 10 | | By: _____ |
| 11 | | P. Richard Colombatto<br>Attorneys for Defendant/Cross-Defendant |
| 12 | | PER BESSING |
| 13 | DATED: 4/28/06, 2006 | Wilson, Elser, Moskowitz, Edelman & Dicker LLP |
| 14 | | |
| 15 | | |
| 16 | | By: _____ |
| 17 | | William Jemmott<br>Michael C. Douglass<br>Attorneys for Defendants/Cross-Defendants/Cross- |
| 18 | | Complainants ANTON C. POGANY and JEAN C.<br>POGANY |
| 19 | DATED: _____, 2006 | Babbits & Walter |
| 20 | | |
| 21 | | By: _____ |
| 22 | | Nancy Sullivan Walter<br>Attorneys for Defendants/Cross-Defendants/Cross- |
| 23 | | Complainants EDWARD J. FOTSCH and LINDA<br>N. FOTSCH |
| 24 | DATED: _____, 2006 | United States Attorney, Northern District of California |
| 25 | | |
| 26 | | By: _____ |
| 27 | | Owen Peter Martikan<br>Attorneys for Defendant/Cross-Defendant<br>GOLDEN GATE NATIONAL RECREATION |
| 28 | | AREA, NATIONAL PARK SERVICE |

- 5 -

STIPULATION AND PROPOSED ORDER OF DISMISSAL

1250974.1

| | | |
|---|---|---|
| 1 | DATED: _____, 2006 | Hanson Bridgett Marcus Vlahos & Rudy, LLP |
| 2 | | |
| 3 | | |
| 4 | | By: _____ |
| 5 | | Kimon Manolius |
| | | Attorneys for Defendant/Cross-Defendant/ Cross-Complainant |
| 6 | | GOLDEN GATE BRIDGE HIGHWAY AND TRANSPORTATION DISTRICT |
| 7 | | |
| 8 | DATED: _____, 2006 | Colombatto Klimenko, LLP |
| 9 | | |
| 10 | | |
| 11 | | By: _____ |
| | | P. Richard Colombatto |
| 12 | | Attorneys for Defendant/Cross-Defendant PER BESSING |
| 13 | DATED: _____, 2006 | Wilson, Elser, Moskowitz, Edelman & Dicker LLP |
| 14 | | |
| 15 | | |
| 16 | | By: _____ |
| | | William Jemmott |
| 17 | | Michael C. Douglass |
| | | Attorneys for Defendants/Cross-Defendants/Cross-Complainants ANTON C. POGANY and JEAN C. POGANY |
| 18 | | |
| 19 | DATED: 4/28, 2006 | Babbits & Walter |
| 20 | | |
| 21 | | By: /s/ Nancy Sullivan Walter |
| | | Nancy Sullivan Walter |
| 22 | | Attorneys for Defendants/Cross-Defendants/Cross-Complainants EDWARD J. FOTSCH and LINDA N. FOTSCH |
| 23 | | |
| 24 | DATED: _____, 2006 | United States Attorney, Northern District of California |
| 25 | | |
| 26 | | By: _____ |
| | | Owen Peter Martikan |
| 27 | | Attorneys for Defendant/Cross-Defendant GOLDEN GATE NATIONAL RECREATION AREA, NATIONAL PARK SERVICE |
| 28 | | |

- 5 -

STIPULATION AND PROPOSED ORDER OF DISMISSAL                            1250974.1

| | | |
|---|---|---|
| 1 | DATED: _____, 2006 | Hanson Bridgett Marcus Vlahos & Rudy, LLP |
| 2 | | |

By: _____
Kimon Manolius
Attorneys for Defendant/Cross-Defendant/
Cross-Complainant
GOLDEN GATE BRIDGE HIGHWAY AND
TRANSPORTATION DISTRICT

DATED: _____, 2006      Colombatto Klimenko, LLP

By: _____
P. Richard Colombatto
Attorneys for Defendant/Cross-Defendant
PER BESSING

DATED: _____, 2006      Wilson, Elser, Moskowitz, Edelman & Dicker LLP

By: _____
William Jemmott
Michael C. Douglass
Attorneys for Defendants/Cross-Defendants/Cross-
Complainants ANTON C. POGANY and JEAN C.
POGANY

DATED: _____, 2006      Babbits & Walter

By: _____
Nancy Sullivan Walter
Attorneys for Defendants/Cross-Defendants/Cross-
Complainants EDWARD J. FOTSCH and LINDA
N. FOTSCH

DATED: 4/27, 2006      United States Attorney, Northern District of California

By: _____
Owen Peter Martikan
Attorneys for Defendant/Cross-Defendant
GOLDEN GATE NATIONAL RECREATION
AREA, NATIONAL PARK SERVICE

IT IS SO ORDERED
Judge Samuel Conti
5/5/06

- 5 -
STIPULATION AND [PROPOSED] ORDER OF DISMISSAL

1250974.1

## III. ORDER

The Court hereby orders dismissal of the action pursuant to the stipulation of the parties as set forth above.

**IT IS SO ORDERED.**

DATED: _____,2006          _____
                                HONORABLE SAMUEL CONTI
                                United States District Court Judge