Ronald S. Bushner (SBN 98352)
William E. Jemmott (SBN 198671)
Heidi Adams (SBN 219498)
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, California 94105-2725
Telephone: (415) 433-0990
Facsimile: (415) 434-1370

Attorneys for Defendant(s),
Anton C. Pogany and Jean C. Pogany

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID R. PECK, TRUSTEE OF THE TAMALPAIS PROPERTY TRUST,<br><br>Plaintiff,<br><br>v.<br><br>PER BESSING, ANTON C. POGANY, JEAN C. POGANY, EDWARD J. FOTSCH, LINDA N. FOTSCH, GOLDEN GATE NATIONAL RECREATION AREA, NATIONAL PARK SERVICE, GOLDEN GATE BRIDGE AND HIGHWAY DISTRICT and DOES 1 to 30,<br><br>Defendant(s). | Case No. C 05 0960<br><br>STIPULATION REMANDING CASE TO STATE COURT AND PROPOSED ORDER THEREON |

The parties to the above litigation by and through their undersigned counsel stipulate and agree as follows:

1. The parties filed a stipulation and proposed order re a voluntary dismissal of Defendant/Cross-Defendant/Cross-Complainant Golden Gate Bridge, Highway and Transportation District and Defendant/Cross-Defendant Golden Gate National Rereation Area, National Park Service, hereinafter referred to as the Federal Defendants, on or about April 28, 2006.

2. Once the dismissal of the Federal Defendants is entered, this court retains only ancillary jurisdiction, as all remaining defendants are residents of the State of California. The

1
Stipulation Remanding Case to State Court

213941.1

1  remaining parties having met and conferred agree that in the present posture, specifically without
2  the Federal Defendants, this litigation should be remanded to the Marin County Superior Court.
3        3.    All depositions that have previously been taken in this action will be admissible for
4  all purposes as if taken in the State Court Action.
5  It is so Stipulated.

Dated: 5/2/06

By: _____
JOHN B. KEATING
Attorney for Plaintiff,
David Peck, Trustee of the Tamalpais Property Trust

Dated:

COLOMBATTO & KLIMENK, LLP

By: _____
P. RICHARD COLOMBATTO
Attorneys for Defendant(s),
PER BESSING

Dated:

BABBITS & WALTER

By: _____
NANCY WALTER
Attorneys for Defendant(s),
EDWARD J. FOTSCH and LINDA N. FOTSCH

Dated: 5/2/06

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By: _____
WILLIAM JEMMOTT
Attorneys for Defendant(s),
ANTON C. POGANY AND JEAN C. POGANY

Order

The above matter is hereby remanded to Marin County Superior Court.

2

Stipulation Remanding Case to State Court

213941.1

1  remaining parties having met and conferred agree that in the present posture, specifically without
2  the Federal Defendants, this litigation should be remanded to the Marin County Superior Court.
3      3.      All depositions that have previously been taken in this action will be admissible for
4  all purposes as if taken in the State Court Action
5  It is so Stipulated.
6
7  Dated:
8
9                                  By: _____
                                      JOHN B. KEATING
10                                    Attorney for Plaintiff,
                                      David Peck, Trustee of the Tamalpais Property Trust
11 Dated:
12                                 COLOMBATTO & KLIMENKO, LLP
13
14                                 By: _____
                                      P. RICHARD COLOMBATTO
15                                    EUNICE CHANG
                                      Attorneys for Defendant(s),
16                                    PER BESSING
17 Dated: May 2, 2006
18                                 BABBITS & WALTER
19
20                                 By: _____
                                      NANCY WALTER
21                                    Attorneys for Defendant(s),
                                      EDWARD J. FOTSCH and LINDA N. FOTSCH
22 Dated:
23                                 WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
24
25                                 By: _____
                                      WILLIAM JEMMOTT
26                                    Attorneys for Defendant(s),
                                      ANTON C. POGANY AND JEAN C. POGANY
27
   Order
28

                                      2
                            Stipulation Remanding Case to State Court
213941.1

1 remaining parties having met and conferred agree that in the present posture, specifically without
2 the Federal Defendants, this litigation should be remanded to the Marin County Superior Court.
3     3. All depositions that have previously been taken in this action will be admissible for
4 all purposes as if taken in the State Court Action
5 It is so Stipulated.
6
7 Dated:
8
9 By: _____
    JOHN B. KEATING
    Attorney for Plaintiff,
10     David Peck, Trustee of the Tamalpais Property Trust
11 Dated:
12 COLOMBATTO & KLIMENK, LLP
13
14 By: _____
    P. RICHARD COLOMBATTO
15     Attorneys for Defendant(s),
    PER BESSING
16
17 Dated: 5/2/06
18 BABBITS & WALTER
19 By: /s/ Nancy Walter
    NANCY WALTER
20     Attorneys for Defendant(s),
    EDWARD J. FOTSCH
21
22 Dated:
23 WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
24
25 By: _____
    WILLIAM JEMMOTT
    Attorneys for Defendant(s),
26     ANTON C. POGANY AND JEAN C. POGANY
27 Order
28     The above matter is hereby remanded to Marin County Superior Court.

2

213941.1     Stipulation Remanding Case to State Court

IT IS SO ORDERED

Dated: 5/5 2006

By: _____
HONORABLE
United States ~~~~~ Court Judge

*IT IS SO ORDERED*
*Judge Samuel Conti*

3
Stipulation Remanding Case to State Court

213941.1